02-12-076-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00076-CV

 

 


 
 
 Park View Care Center, L.P. d/b/a Park View Care
 Center
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Carla Baumgardner, Individually and as
 Representative of the Estate of Lucy Irene Copeland, Deceased
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM THE 348th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered the parties’ “Agreed Motion To Dismiss Appeal.”  It is the
court’s opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellant, for which let execution
issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

PANEL: 
GABRIEL,
J.; LIVINGSTON, C.J.; and DAUPHINOT, J.  

 

DELIVERED:
 November 1, 2012









[1]See Tex. R. App. P. 47.4.